# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **ANDREW RUSSELL SOPER** | Case No. 19-45518-mbm |
| **ABIGAIL MARIE SOPER,** | Chapter 7 |
| | Hon. Marci B. McIvor |
| Debtors. | |

## STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO DEBTORS' CLAIM OF EXEMPTIONS

By stipulation between Trustee Wendy Turner Lewis and Debtors Andrew Russell Soper and Abigail Marie Soper,

**IT IS HEREBY ORDERED** that the deadline for the Trustee to object to Debtors' claim of exemptions is extended to **July 17, 2019.**

**Signed on June 17, 2019**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge